IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTIN J. MOFFETT,           )
                             )   No. 06-cv-4082-JPG
       Plaintiff,           )
                             )
vs.                          )
                             )
THE AMERICAN COAL COMPANY,   )
                             )
       Defendant.           )

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Martin J. Moffett shall pay to defendant American Coal Company costs in the amount of seven thousand, one hundred fifty-two dollars and no cents ($7,152.00).

**NORBERT JAWORSKI**

Dated:  January 22, 2007         **s/Vicki Lynn McGuire**
                                                                                     **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**